# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 20-44-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| RICHARD MORRIS LITTLE NEST, | |
| Defendants. | |

Due to the recent outbreak of COVID-19, and upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the Sentencing Hearing set for **Wednesday, December 9, 2020 at 9:30 a.m.** shall be held **VIA VIDEO from the Big Horn County Jail (Basin, WY).** Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior to the hearing to video conference with the Defendant. If the defendant objects to this hearing being held via video, he must file a motion to continue the hearing to allow time for the defendant to be transported.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 14th day of October, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE