IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD MORRIS LITTLE NEST,<br><br>Defendant. | Case No. CR-20-44-BLG-SPW<br><br>ORDER ALLOWING<br>DEFENDANT TO APPEAR<br>IN PERSON FOR<br>SENTENCING HEARING |

Upon the Defendant's Unopposed Motion for Leave to Appear in Person for Sentencing (Doc. 28), and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendant shall be allowed to appear in person for his Sentencing Hearing.

**IT IS FURTHER ORDERED** that the hearing presently set VIA VIDEO from Big Horn County Jail in Basin, WY on Wednesday, December 9, 2020 at 9:30 p.m. is **VACATED** and **RESET** for an in-person hearing on **Thursday, December 10, 2020 at 9:30 a.m.** in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk of Court is to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 26th day of October, 2020.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE