IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD MORRIS LITTLE NEST,<br><br>Defendant. | CR 20-44-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the final hearing regarding the revocation of supervised release currently scheduled for Thursday, September 1, 2022 at 9:30 a.m., is **VACATED** and RESET to commence on **Wednesday, August 31, 2022 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 15th day of August, 2022.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1